No. 87–1006. FULTON *v.* UTAH. Sup. Ct. Utah. Certiorari denied.

No. 87–1007. PICOZZI *v.* SANDALOW. C. A. 6th Cir. Certiorari denied.

No. 87–1030. KOVIC *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 87–1033. GODOY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–5408. TEAGUE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 87–5512. BAKER *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 87–5754. AUSTIN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 87–5767. DICICCO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–5871. ROBINSON *v.* FEDERAL ELECTION COMMISSION. C. A. Fed. Cir. Certiorari denied.

No. 87–5916. MAPSON *v.* PERINI. C. A. 6th Cir. Certiorari denied.

No. 87–5930. MURPHY ET AL. *v.* MESCHER. C. A. 8th Cir. Certiorari denied.

No. 87–5931. SPAN *v.* MORSE. C. A. 11th Cir. Certiorari denied.

No. 87–5933. PETWAY *v.* KINCAID ET AL. C. A. 4th Cir. Certiorari denied.

No. 87–5936. SPARKMAN *v.* TEXAS. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 87–5938. MARLOW *v.* UNITED STATES DEPARTMENT OF EDUCATION ET AL. C. A. 2d Cir. Certiorari denied.